# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALANS CORNER, LLC ) | |
| ) | Case No. 17-12669-BFK |
| ) | Chapter 7 |
| Debtors ) | |
| ) | |
| ) | |
| JANET M. MEIBURGER, Trustee, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adv. Pro. No. 17-01132-BFK |
| ) | |
| DISCOVERY STATION, LLC ) | |
| ) | |
| Defendant ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Upon consideration of the Complaint (the "Complaint") (Docket No. 1) and the Motion for Default Judgment (the "Motion") (Docket No. 7), filed by Janet M. Meiburger, Chapter 7 Trustee, Plaintiff herein, and the Defendant having failed to answer the Complaint, and service of the summons and the Motion appearing to be proper, and no objection to the Motion having been filed, and the period to object to the Motion having expired, and after a hearing on the Motion at which the Defendant did not appear, it is hereby

ORDERED that judgment by default is hereby granted against Defendant Discovery Station, LLC on Count One of the Complaint, for turnover of possession; and it is further

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to Plaintiff

ORDERED that judgment by default is hereby granted against Defendant Discovery Station, LLC on Count Two of the Complaint, turnover of unpaid rent, with the amount to be turned over to be determined at a later time; and it is further

ORDERED that this Order shall be a final order as to the judgment granted on Count One of the Complaint but not as to the judgment granted on Count Two of the Complaint; and it is further

ORDERED that a status hearing shall be held on June 26, 2018 at 9:30 a.m. in Courtroom I at the United States Bankruptcy Court, 200 S. Washington Street, Alexandria, VA  22314.

Date: Apr 16 2018

/s/ Brian F. Kenney
U.S. Bankruptcy Judge

Entered on Docket: April 17, 2018

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871
*Counsel to the Plaintiff*

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Granting Trustee's Motion for Default Judgment has been endorsed by all necessary parties.

<u>/s/ Janet M. Meiburger</u>
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

Mark S. Albanese
4041 University Drive, Suite 301
Fairfax, VA 22030
*Registered Agent for Discovery Station, LLC*

Lee Berlin
5313 Kernstown Court
Haymarket, VA 20169

Carolyn H. Berlin
5484 Rodriguez Lane
Haymarket, VA 20169